Argued before DYKMAN and PRATT, JJ.

*Miller, Peckham & Dixon,* (*Wheeler H. Peckham,* of counsel,) for appellant. *Stephen D. Stephens,* (*Sidney F. Rawson,* of counsel,) for respondent.

PRATT, J. The only question litigated upon the trial was whether the late Mr. Simonson had estopped himself from charging against defendants the salary annexed to his office. The grounds on which defendant claimed that he was thus estopped were that he was alleged to have stated to some of the directors of defendant that he was working without salary. Whether such a statement would, of itself, cut off a recovery, might bear a good deal of discussion. *Smith* v. *Railroad Co.,* 102 N. Y. 190, 6 N. E. Rep. 397. But the circuit judge charged the jury that if deceased stated that he served without salary, and defendants accepted it, he was bound by it, and plaintiff could not recover. The verdict, therefore, establishes that Mr. Simonson did not waive his right to receive his salary. There is no other question in the case, and the judgment must be affirmed, with costs.

---

### GRIFFIN *v.* TODD.

(*Supreme Court, General Term, Second Department.* December 14, 1891.)

Action by Henry C. Griffin against John A. Todd.
No opinion. Motion denied, with $10 costs.
For decision on appeal, see 14 N. Y. Supp. 351.

---

### WEILL *et al. v.* MALONE *et al.*

(*Supreme Court, General Term, Second Department.* December 14, 1891.)

Motion by defendants (respondents) for reargument. Denied.
For decision on appeal, see 15 N. Y. Supp. 492.
*James C. Church,* for the motion. *Frederic S. Barnum,* opposed.

DYKMAN, J. This is a motion for a reargument in this court, but there is no reason why the motion should be granted. There was no oversight in making the decision, and the motion should be denied, with $10 costs and disbursements.

PRATT, J. Upon the case made by the affidavits of both parties, taken together, the attachment was properly dissolved. We do not think it clearly appears that any property has been fraudulently disposed of. Order affirmed, with costs.

---

### LEEDINGS, Appellant, *v.* WILSEY, Respondent.

(*Supreme Court, General Term, Third Department.* December 5, 1891.)

Action by John Leedings against Daniel Wilsey.
Argued before BARNARD, P. J., and DYKMAN and PRATT, JJ.
No opinion. Judgment of county court affirmed, with costs.

---

### BIRGE, Respondent, *v.* BERLIN IRON BRIDGE Co., Appellant.

(*Supreme Court, General Term, Third Department.* March 15, 1892.)

Action by James C. Birge against the Berlin Iron Bridge Company.
Argued before MAYHAM, P. J., and PUTNAM and HERRICK, JJ.